PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Jose Manuel Tovar</u>          Case Number: <u>A-10-CR-392(01)-SS</u>

Name of Sentencing Judicial Officer: <u>Honorable Sam Sparks, U.S. District Judge, Western District of Texas, Austin Division</u>

Date of Original Sentence: <u>October 15, 2010</u>

Original Offense: <u>Count 1: Conspiracy to Possess with Intent to Distribute 500 Grams or More Methamphetamine, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), and 21 U.S.C. § 841(b)(1)(A); Count 3: Possession with Intent to Distribute 500 Grams or More of Cocaine, in violation 21 U.S.C. § 841(a)(1 ) and 21 U.S.C. § 841(b)(1)(B)</u>

Original Sentence: <u>Two Hundred Ten (210) months custody in the Bureau of Prisons on each of Counts 1 and 3 to be served concurrently followed by five (5) years on Ct. 1 and four (4) years on Ct. 3 of supervised release to be served concurrently, with the following special conditions: shall complete drug and mental health treatment, shall provide financial information, shall refrain from the use of alcohol and all other intoxicants</u>

Type of Supervision: <u>Supervised Release</u>          Date Supervision Commenced: <u>January 13, 2022</u>

Assistant U.S. Attorney: <u>Jennifer Sheffield Freel</u>          Defense Attorney: <u>Jeff Senter (Retained)</u>

### PREVIOUS COURT ACTION

None

### NONCOMPLIANCE SUMMARY

**<u>Violation of Mandatory Condition No. 2:</u>** "The defendant shall not unlawfully possess a controlled substance."

**<u>Violation of Mandatory Condition No. 3:</u>** "The defendant shall refrain from any unlawful use of a controlled substance."

**<u>Nature of Non-compliance:</u>** On March 7, 2022, the defendant submitted to a random urine sample that tested positive for cocaine.

**<u>U.S. Probation Officer Action:</u>** On March 7, 2022, USPO was notified of the positive urine sample the defendant had submitted. On March 15, 2022, USPO questioned Mr. Tovar about his illegal drug usage. Tovar denied the use and requested confirmation. Upon receiving confirmation, Mr. Tovar was admonished for his actions and advised that his behavior was unacceptable. The defendant understands that any further violations a petition for a warrant will be requested from

the Court. It is respectfully recommended that no action be taken at this time to allow the defendant to continue with substance abuse treatment.

Approved:   Respectfully submitted,

Craig A. Handy   Lauro Garza
Supervising U. S. Probation Officer   United States Probation Officer
Date: April 14, 2022   Date: April 14, 2022

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Susan Hightower
United States Magistrate Judge

Date: April 18, 2022