PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

## Report on Offender Under Supervision

Name of Offender: <u>Jose Manuel Tovar</u>   Case Number: <u>A-10-CR-392(01)-SS</u>

Name of Sentencing Judicial Officer: <u>Honorable Sam Sparks, U.S. District Judge, Western District of Texas, Austin Division</u>

Date of Original Sentence: <u>October 15, 2010</u>

Original Offense: <u>Count 1: Conspiracy to Possess with Intent to Distribute 500 Grams or More Methamphetamine, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), and 21 U.S.C. § 841(b)(1)(A); Count 3: Possession with Intent to Distribute 500 Grams or More of Cocaine, in violation 21 U.S.C. § 841(a)(1 ) and 21 U.S.C. § 841(b)(1)(B)</u>

Original Sentence: <u>Two Hundred Ten (210) months custody in the Bureau of Prisons on each of Counts 1 and 3 to be served concurrently followed by five (5) years on Ct. 1 and four (4) years on Ct. 3 of supervised release to be served concurrently, with the following special conditions: shall complete drug and mental health treatment, shall provide financial information, shall refrain from the use of alcohol and all other intoxicants</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>January 13, 2022</u>

Assistant U.S. Attorney: <u>Jennifer Sheffield Freel</u>   Defense Attorney: <u>Jeff Senter (Retained)</u>

## PREVIOUS COURT ACTION

On April 18, 2022, a Probation Form 12A was filed with the Court to advise of Tovar testing positive for cocaine. It was recommended that no action be taken to allow Tovar to commence substance abuse counseling. The Court concurred.

## NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** "The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision."

**Nature of Non-compliance:** On November 7, 2022, the defendant submitted a random urine sample that tested positive for alcohol.

**U.S. Probation Officer Action:** On November 14, 2022, the USPO was notified of the urine sample the defendant submitted tested positive for alcohol. The USPO questioned Mr. Tovar about his alcohol usage. Tovar admitted the use and requested to continue in drug treatment to address his substance abuse issues.

Manuel-Tovar, Jose
Report on Offender Under Supervision
Page 2

It is respectfully recommended that no action be taken at this time to allow the defendant to continue with substance abuse treatment.

Approved:	Respectfully submitted,

_____	_____
Craig A. Handy	Lauro Garza
Supervising U. S. Probation Officer	United States Probation Officer
Date: January 12, 2023	Date: January 12, 2023

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: January 18, 2023